40697. FULTON-DeKALB HOSPITAL AUTHORITY v. DEAN.

SMITH, Justice.

Certiorari was granted to review the interpretation of OCGA § 34-9-1 (3) in *Fulton-DeKalb Hospital Authority v. Dean,* 169 Ga. App. 277 (312 SE2d 156) (1983). Upon our review of the case it is the judgment of this court that the opinion of the Court of Appeals be affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 17, 1984 —
REHEARING DENIED MAY 15, 1984.

*F. M. Bird, Eugene T. Branch, Alexander E. Wilson, Jr., Scott R. Owens,* for appellant.
*Arnold S. Kaye,* for appellee.